IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

Sadin Tineo,                                :

    Plaintiff,                            :   No._____

v.                                          :

Federal Bureau of Prisons,                  :   Complaint by Prisoner

    Respondent.                           :

RECEIVED

OCT 28 2019

AT 8:30_____M
WILLIAM T. WALSH CLERK

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to the Administrative Procedures Act; 5 USC §701 et seq.

2.   The violation occured at Federal Correctional Institution in Fairton, New Jersey.

## B.   DEFENDANTS

1.   Federal Bureau of Prison, who operates the Federal Correctional Institution in Fairton, New Jersey.

## C.   PREVIOUS LAWSUITS

1.   I have not filed any of other lawsuits while I was in prison.

D.    CAUSE OF ACTION

COUNT I

1.    The Bureau of Prisons arbitrarily and capriciously denied my cell move.

2.    COUNT I is based on arbitrary and capricious actions by the Bureau of Prisons.

3.    SUPPORTING FACTS:  This complaint is based on the tremendous amount of traumatic stress that I have, due to the non-stop sounds of gunfire that occurs outside of my cell window each day at my prison.

I have been at other federal facilities during this incarceration, and I am continuously being housed on the side of the compound that has a shooting range located near my cell.

I have made complaints to staff requesting a cell change to avoid this noise, and denied by them. At the last location (McKeen Correctional Institution) I was assaulted by inmates who had researched my criminal case, and attacked me due to the fact that I was caught off guard based on my instability caused by lack of sleep, and my lack of awareness of my surroundings.

The lack of sleep reflects what this is doing to me, and my overall well-being. I am requesting to be housed on a different side of my prison to avoid the noise of these gunshots from the training facility.

My mental stability is now affecting me to the point of lapse in concentration on a daily basis, and now the fears of

another possible attack on my person. It is a fairly simple fix, that can be resolved with placing me in a unit that is properly located on the other side of the compound.

My mental state is highly questionable at this time, which results in constant paranoia each day, while around other inmates. Every sound I hear makes me turn around quickly, and question exactly what is going on around me, or if something is going to happen to me at any give time.

I am experiencing times when I hear voices, or I wake up from my sleep in sweat, and look around to ensure my safety.

This is a very serious issue that dis not have to resort in a lawsuit. I feel that the only way to stop this mental abuse id to file this Complaint to put a cease and desist order into effect.

I have been attacked by other inmates which left me permanently scarred, all at the fault of the Bureau of Prisons. I cannot continue to function each day with a sound mind, with all of the noise of gunfire outside of my cell window.

I would like an order placed that will prevent retribution by staff, and the Bureau of Prisons, for the filing of this complaint. This facility does not have a psychiatrist on staff to discuss and address the seriousness of this claim. The only staff here, are psychologists who are not trained or skilled, to assess my mental issues, as their only answer is. "to breath and do mind exercises."

The resolution is quite simple, and could avoid further litigation, and clogging of the Court calendar.

4.    INJURY:   I am suffering a decrease in mental health.

5..  ADMINISTRATIVE REMEDY: I have participated in the Bureau of Prisons Administrative Remedies Program on this issue.


### E.    REQUEST FOR RELEIF

I am requesting an injunction against the Bureau of Prisons ordering them to relocate my cell assignment to a unit that is opposite of the firing range.


I declare under the penalty of perjury that the foregoing is true and correct.

Executed on   16-21-19          .


Respectfully,

Sadin Tineo

Reg. No. 50451-066

Federal Correctional Institution

Post Office Box 420

Fairton, New Jersey 08320